RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org

Counsel for Petitioner Julio Abundis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Respondent-Plaintiff,<br><br>    v.<br><br>Julio Abundis,<br><br>        Petitioner-Defendant. | Case No. 2:18-cr-00158-MMD-VCF<br><br>**Joint Stipulation to Continue Briefing Deadlines (Second Request)** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Amy B. Cleary, Assistant Federal Public Defender, counsel for Petitioner Julio Abundis, that the previously ordered deadline for Petitioner's Reply in Support of his Motion to Vacate brought under 28 U.S.C. § 2255, be rescheduled.

The parties further stipulate and agree Mr. Abundis shall have to and including **June 11, 2020**, within which to file the Petitioner's Reply in Support of his Motion to Vacate.

This Stipulation is entered into for the following reasons:

1.      At the government's request, counsel for Mr. Abundis stipulated to extending the government's filing of its Response in this matter until May 26, 2020.  ECF No. 44.   This stipulation also extended the due date for filing Mr. Abundis' Reply until June 9, 2020. ECF No. 44.

2.      This Court granted the parties' stipulation.  ECF No. 45.

3.      Anticipating Mr. Abundis's Reply would be due on June 9, 2020, his counsel scheduled accordingly.

4.      On May 21, 2020, the government filed its Response.  ECF No. 46.

5.      When the government filed its Response, it triggered a change to Mr. Abundis' Reply due date from June 9, 2020, to May 28, 2020, on CM/ECF. *See* ECF No. 46 (noting "Replies due by 5/28/2020").

6.      Mr. Abundis's lead counsel has oral argument scheduled before the Ninth Circuit Court of Appeals on May 29, 2020, in *United States v. Bundy*, Ninth Circuit Case No. 18-10287, requiring extensive preparation.  Mr. Abundis's counsel thus requires additional time to adequately prepare the Reply supporting the pending Motion to Vacate.

8.      The parties agree to the continuance of the Reply deadline set forth herein.

/ / /

/ / /

9.     This is the second stipulation to continue the briefing schedule.

Dated: May 22, 2020.

RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                     United States Attorney


By: */s/ Amy B. Cleary*                      By: */s/ Elizabeth O. White*
AMY B. CLEARY                               ELIZABETH O. WHITE
Assistant Federal Public Defender           Assistant United States Attorney

1
2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3
4
5
6
7
8

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00158-MMD-VCF |
|        Respondent-Plaintiff, | **(Proposed)** |
|    v. | **Findings of Fact and Order** |
| Julio Abundis, | |
|        Petitioner-Defendant. | |

9
10

## FINDINGS OF FACT

11
12

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

13
14
15

1.    Counsel for the Petitioner needs additional time to adequately prepare his Reply in support of his pending Motion to Vacate brought under 28 U.S.C. § 2255.

16
17

2.    The parties agree to the continuance of the Reply brief deadline set forth herein.

18
19

3.    This is the second stipulation to continue the supplemental briefing deadlines.

20
21
22

IT IS THEREFORE ORDERED Petitioner's Reply in support of his Motion to Vacate (ECF No. 42) is due on or before June 11, 2020.

23
24

DATED this 26th day of May 2020.

25
26

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE